IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKY ALLEN ROGERS, JR., #312579, ) <br> a.k.a., Jackie Allen Rogers, ) <br> a.ka., Syko Rogers, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> HOUSTON COUNTY COMMUNITY ) <br> CORRECTIONS, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 1:18-CV-503-ECM <br> (WO) |

## **ORDER**

On July 25, 2018, the Magistrate Judge entered a Recommendation (Doc. #14) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 17th day of August, 2018.

        /s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE